**FILED & ENTERED**

**FEB 10 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>JAMES ARTHUR KRAGE,<br><br>Debtor(s). | CHAPTER 13<br><br>Case No.:  2:12-bk-17916-WB<br>Adv No:   2:14-ap-01687-WB |
| JAMES ARTHUR KRAGE,<br><br>Plaintiff(s),<br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE9, ITS SUCCESSORS AND/OR ASSIGNS; EMC MORTGAGE CORPORATION; BEAR STEARNS ASSET BACKED SECURITIES I LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS AKA MERS; AND DOES 1-100 INCLUSIVE,<br><br>Defendant(s). | **ORDER  GRANTING IN PART MOTION TO DECLARE PLAINTIFF JAMES A. KRAGE A VEXATIOUS LITIGANT FOR ORDER TO FURNISH SECURITY AND FOR PREFILING ORDER**<br><br>Date:          January 20, 2015<br>Time:         2:00 p.m.<br>Courtroom:  1375 |

Based upon the findings of fact and conclusions of law set forth in the court's memorandum of decision of even date herewith, it is hereby

ORDERED that the Motion to Declare Plaintiff James Arthur Krage a Vexatious Litigant for Order to Furnish Security and For Prefiling Order is granted in part, and it is further

ORDERED that Krage is declared a vexatious litigant; and it is further

ORDERED that the clerk of this court shall not accept for filing by or on behalf of James Arthur Krage any paper that commences any new adversary proceeding or contested matter related to the real property located at 9735 Harvard Avenue, Bellflower, California 90706 ("Filings"), unless and until Krage first receives leave to file such Filings from this court; and it is further

ORDERED that any application by Krage for leave to submit such Filings must be entitled "Application for Leave to File," and must have attached to it (1) a copy of this order; and (2) a declaration signed under penalty of perjury that sets forth pertinent facts justifying leave to submit the Filings. A copy of the application, together with a copy of the filings, must be served on each of the named defendants, and each defendant's counsel, if any, before submission to the court.

Date: February 10, 2015

Julia W. Brand
United States Bankruptcy Judge